UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X   07CV1730 (AKH)
JORGE ZELAYA (AND WIFE, MARIA ZELAYA),

                                Plaintiffs,

      -  against –

                                                                     ANSWER

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING- STEAMATIC CATASTOPHE,
INC.D/B/A BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC.BROOKFIELD FINANCIAL PROPERTIES,
LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC.,
ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC. HILLMAN ENVIRONMENTAL GROUP,
LLC. INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,.
KASCO RESTORATION SERVICES CO. MERRILL
LYNCH& CO. INC, NOMURA HOLDING
AMERICA, INC. NOMURA SECURITIES INTERNATIONAL,
INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP INC., TUCKER ANTHONY, INC., WESTON
SOLUTIONS, INC., WFP TOWER A CO.,
WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO.,
L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER
B HOLDING CO., LP, AND WFP TOWER B. CO.
L.P., ET AL

                              Defendants.
-------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

       Yours, etc.

       FRIEDMAN, HARFENIST, LANGER & KRAUT
       Attorneys for Defendant –Envirotech
       3000 Marcus Avenue, Suite 2E1
       Lake Success, New York 11042
       (516) 775-5800

       BY: _____
            Heather L. Smar (4622)