UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION : 21 MC 102 (AKH)

---------------------------------------------------------------X

JORGE ZELAYA (AND WIFE, MARIA ZELAYA), : 07-CV-1730-AKH

                Plaintiff, : **APPEARANCE**

  - against -

ALAN KASMAN DBA KASCO, *et al.*, : **ELECTRONICALLY FILED**

               Defendants.
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
       October 3, 2007

DICKSTEIN SHAPIRO LLP

By:    /s/ Judith R. Cohen\_\_\_
      Judith R. Cohen (JC-8614)
      1177 Avenue of the Americas
      New York, New York 10036
      Phone: (212) 277-6500
      Fax: (212) 277-6501
      *Attorney for Defendant*
      MERRILL LYNCH & CO., INC.