UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

-------------------------------------------------------------------x
JORGE ZELAYA AND MARIA ZELAYA,

                              Plaintiffs,                    07CV1730

                              ANSWER TO
                              AMENDED
                              COMPLAINT

            -against-

120 BROADWAY CONDOMINIUM (CONDO
#871), 120 BROADWAY HOLDING, LLC,
120BROADWAY PROPERTIES, LLC,
120 BROADWAY, LLC, 715 REALTY CORP.,
90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC.,
BLACKMON-MOORJNG-STEAMATIC.
CATASTOPHE, INC. D/B/A BMS CAT, BOARD
OF MANAGERS OF THE 120 BROADWAY
CONDOMINIUM (CONDO #871), BOSTON
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CITIBANK, NA,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENWRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,.
MERRILL LYNCH & CO, INC., NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC.,
SILVERSTEIN PROPERTIES, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., TOSCORP

INC., TUCKER ANTHONY, INC., VERIZON NEW YORK, INC, WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO:, LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. H L.P., WFP TOWER D HOLDING I G.P. CORP., AND WFP TOWER D. CO.,L.P., ETAL

            Defendants
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
   March 7, 2008

           Yours, etc.

           FRIEDMAN, HARFENIST, LANGER & KRAUT
           Attorneys for Defendant –Envirotech
           3000 Marcus Avenue, Suite 2E1
           Lake Success, New York 11042
           (516) 775-5800

           BY: _____
              Heather L. Smar (4622)