Thomas A. Egan, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                          :

IN RE: WORLD TRADE CENTER DISASTER    :  21 MC 102 (AKH)
SITE LITIGATION                                   :
                                            :

-------------------------------------------------------------------X
                                          :

JORGE ZELAYA (AND WIFE, MARIA ZELAYA)  :  07-CV-1730 (AKH)
                                          :

                         Plaintiffs,  :  **NOTICE OF THE 120 BROADWAY**
                                      :  **PARTIES' ADOPTION OF ANSWER**
- against -                         :  **TO MASTER COMPLAINT**
                                          :

120 BROADWAY CONDOMINIUM (CONDO #871),  :
*et al.*,                                       :
                                          :

                         Defendants.  :
                                          :

-------------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo

#871), 120 Broadway Holdings, LLC (incorrectly sued herein as 120 Broadway Holding, LLC),

120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway

Condominium (Condo #871), and Silverstein Properties, Inc. (collectively, "The 120 Broadway

Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007,

which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:   New York, New York
         December 21, 2007

        **FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
        Attorneys for Defendants The 120 Broadway Parties

        By: _____
                Thomas A. Egan
        One Liberty Plaza
        New York, New York  10006-1404
        (212) 412-9500

300356/23928